**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MOLLY L. GALIZIA,

Respondent

v.

STEPHEN GALIZIA,

Petitioner

: No. 14 WAL 2024
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.